Tung Auyeung, Respondent, v Yinyin Mui, Appellant. [918 NYS2d 412]—

The wife failed to rebut the presumption that all property acquired by either spouse during the marriage is marital property (*see DeJesus v DeJesus,* 90 NY2d 643, 648 [1997]; *see also* Domestic Relations Law § 236 [B] [5] [d] [7]). As a result, the referee properly found that the parties should equally divide the proceeds of the house sale (*see Smith v Smith,* 8 AD3d 728 [2004]; *see also McManus v McManus,* 298 AD2d 189 [2002];

*Fields v Fields*, 15 NY3d 158, 165-166 [2010], *affg* 65 AD3d 297 [2009]).

We find no basis to disturb the referee's credibility determinations, and thus, find no basis to disturb the referee's finding on fault (*see Hale v Hale*, 16 AD3d 231, 233 [2005]).

We have considered the wife's remaining contentions and find that they are either unpreserved or without merit. Concur— Tom, J.P., Sweeny, Renwick, Freedman and Manzanet-Daniels, JJ.